UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DISTRICT

| | |
|---|---|
| R. MITCHELL BUSH, et al. | : |
| Plaintiffs, | : Case No. 4:20-cv-00219 |
| v. | : Judge R. Stan Baker |
| | : Magistrate Judge Christopher L. Ray |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | : |
| Defendant. | : |

## ORDER

Defendant's Consent Motion to Stay Discovery while Defendant's motion to compel arbitration and dismiss the complaint, or, in the alternative, to transfer venue (Doc. 16) is resolved is **GRANTED**. The Court **STAYS** all discovery and all Fed. R. Civ. P. 26 obligations and requirements in this action until resolution of Defendant's motion to compel arbitration and dismiss the complaint, or, in the alternative, to transfer venue (Doc. 16), but in no case longer than 180 days. Accordingly, the Clerk of Court is **DIRECTED** to lift the stay on Monday, May 24, 2021. If the motion remains outstanding on that date, defendant may seek a second stay. Should any portion of the case remain after resolution of the motion, the parties shall confer and submit a Rule 26(f) report, with proposed case deadlines, within fourteen days of the presiding District Judge's ruling.

SO ORDERED, this 25th day of November, 2020.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia