# United States District Court

## *Southern District of Georgia*

R. Mitchell Bush and R.M. Bush & Company d/b/a The Bush Agency

_____
Plaintiff

v.   Nationwide Mutal Insurance Company

_____
Defendant

Case No. __4:20-cv-00219__

Appearing on behalf of

Defendant

_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __22nd__ day of __May__, __2023__.

*Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Kevin P. Zimmerman |
| Business Address: | Baker & Hostetler, LLP |
| | Firm/Business Name |
| | 200 Civic Center Drive, Suite 1200 |
| | Street Address |
| | Columbus   OH   43215 |
| | Street Address (con't)   City   State   Zip |
| | |
| | Mailing Address (if other than street address) |
| | |
| | Address Line 2   City   State   Zip |
| | (614) 228-1541 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | kzimmerman@bakerlaw.com |