IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| R. MITCHELL BUSH; and R.M. BUSH & COMPANY d/b/a THE BUSH AGENCY, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:20-cv-219 |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

**O R D E R**

This case was stayed and administratively closed upon the Court's entry of an Order requiring the parties to submit their underlying dispute to arbitration. (Doc. 125.) In accordance with the Court's directives, the parties notified the Court of the completion of the arbitration proceedings, (doc. 143), and, shortly thereafter, Defendant filed a Motion to Confirm the Arbitration Award, (doc. 144), as well as a Motion to Lift the Stay that the Court imposed when it ordered the parties to arbitration, (doc 145). Plaintiffs have not voiced any opposition to the request that the stay of the case be lifted and the Court finds that it is appropriate to reopen the case and lift the stay now that the arbitration proceedings are complete and Defendant seeks confirmation of the award. Accordingly, the Motion to Lift Stay is **GRANTED**, (id.), and the Court **DIRECTS** the Clerk of Court to **REOPEN** the case and **LIFT** the stay that is presently in place.

On December 30, 2024, Plaintiffs filed a Complaint and Petition to Vacate or Modify the arbitration award in the United States District Court for the Southern District of Ohio (hereinafter, "the Ohio case"), (see R.M. Bush & Company v. Nationwide Mutual Insurance Company, Case

No. 2:24-cv-4311-EAS-EPD (S.D. Ohio)).  They have filed a Motion to Stay, in which they claim that the pendency of the Ohio case justifies a stay in this case of the parties' briefing—and the Court's consideration—of the Motion to Confirm, (doc. 148).  Defendant, however, has recently notified the Court that the United States District Court for the Southern District of Ohio has dismissed the Ohio case, thereby mooting Plaintiffs' pending Motion to Stay.[1]  (See doc. 154.)  Accordingly, the Court **DENIES AS MOOT** the pending Motion to Stay, (doc. 148), and—per this Court's prior Order, (doc. 150)—**DIRECTS** Plaintiffs to file their response to the Motion to Confirm Arbitration Award, (doc. 144), within **FIVE (5) DAYS** of the date of this Order.

**SO ORDERED**, this 25th day of June, 2025.

*[signature]*

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiffs have not contested Defendant's claim that, given the dismissal of the Ohio case, the pending Motion to Stay in this case is now moot.

2