AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

R. MITCHELL BUSH; and R. M. BUSH & COMPANY d/b/a THE BUSH AGENCY,

Plaintiffs,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,

Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:

4:20-cv-219

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's September 19, 2025 Order granting Defendant Nationwide Mutual Insurance Company's Motion to Confirm Arbitration Award, judgment is entered in favor of Defendant.  This case stands closed.

9/19/2025
_____
Date



John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020